UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1138-CAS(AJWx) | Date | March 9, 2009 |
|---|---|---|---|
| Title | DANI LANGTON V. PETSMART, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:) ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE REMANDED**

On January 12, 2009, plaintiff Dani Langton filed the instant civil action in Los Angeles County Superior Court against defendants Petsmart, Inc. and Does 1-100. On February 17, 2009 defendants filed a notice of removal. Defendants state that they were served with the complaint on January 16, 2009. Pursuant to 28 U.S.C. §1446(b), a notice of removal in a civil action must be filed within thirty days after the defendant receives a copy of the complaint or summons. Therefore, defendants' removal is untimely.

Defendant is hereby ORDERED TO SHOW CAUSE on or before March 16, 2009, why the instant action should not be remanded.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |